IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

Case Number: CR11-4013-DEO　　　　　　　　　　　　　　Date:　February 7, 2011

Case Title:  UNITED STATES OF AMERICA vs. JOSE BAYONA

JUDGE: Honorable Paul A. Zoss

TIME IN COURT:  Start:   10:47 a.m.　　　　　　　　　　　Adjourn:   10:54 a.m.

APPEARANCES:  Plaintiff:      AUSA Robert Knief
　　　　　　　　Defendant:    Defendant present in person with attorney Bob Tiefenthaler

Court Reporter:  Digital Recording

LOCATION/PHONE:  1st Floor District Courtroom

TYPE OF PROCEEDING:
　A.  HEARING:
　　　1.  ARRAIGNMENT:      XX       INITIAL APPEARANCE:      XX
　　　　　(a)    Defendant pleaded NOT GUILTY to Count 1; plea accepted by the Court
　　　　　(b)    Counsel: APPOINTED as above.

DEADLINES: TRIAL April 4, 2011; Detention hearing February 14, 2011, at 9:00 a.m.

MISC:   Indictment filed 01/18/11.  Defendant *Mirandized*.  The defendant waives formal reading of the indictment.  The parties stipulate to the standard discovery order.  The defendant appears today on a writ.  The government seeks detention.  The court orders the DEFENDANT DETAINED.

Copies mailed to:　　　　　　　　　　　　　　　　　　　　　Leslie R. Walker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK