# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. JOSE BAYONA, Defendant(s) | **HEARING MINUTES** Sealed: No <br> Case No.: 11-CR-4013-1-DEO <br> Presiding Judge: Donald E. O'Brien <br> Deputy Clerk: Garrett G. Garnos <br> Court Reporter: Sarah Dittmer  Contract? Yes <br> (If yes, send copy to financial) <br> Recording: Yes   Method: FTR Gold |

| Date: | 10/24/2011 | Start: | 2:06 p.m. | Adjourn: | 2:51 p.m. | Courtroom: | 1st Floor Courtroom |
|---|---|---|---|---|---|---|---|
| Recesses: | (none) | | | Time in Chambers: | (none) | Telephonic? | No |

| Appearances: | Plaintiff(s): | Robert Knief |
|---|---|---|
| | Defendant(s): | Robert Tiefenthaler |
| | U.S. Probation: | Stacy Sturdevant |
| | Interpreter: | (none)   Language:   Certified:   Phone |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | **Yes** | Continued from a previous date? | No |
|---|---|---|---|---|---|

**SENTENCING:**

| Objections to PSIR: | (none) | Ruling: | |
|---|---|---|---|
| Motions to vary/depart: | motion to vary downward | Ruling: | denied due to 10 year mandatory minimum within the recommended guideline range |
| Count(s) dismissed: | Count VI | | |
| Sentence (See J & C): | 120 months on Count I; Defendant's sentence to be served concurrently with a related and pending state court charge. | | |
| Fine: | (none) | Special assessment: | $100 |
| Supervised Release: | 8 years | | |
| Court's recommendations (if any): | (1) Defendant to be housed as close to Sioux City, Ia as possible; and (2) Defendant to be placed in 500 hour drug treatment program. | | |
| Defendant is | Detained | and shall report | |
| **Witness/Exhibit List is** | (none) | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:**