# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSE BAYONA, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 11-cr-04013-LTS-KEM-1<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Allison Linafelter<br>Official Court Record: Shelly Semmler  Contract? No<br>Contact Information: SSemmlerReporting@gmail.com |

| Date: | 01/31/2023 | Start: | 10:00AM | Adjourn: | 10:17AM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | Time in Chambers: | | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Patrick Greenwood | | | | | | |
| | Defendant(s): | CJA Christopher Roth (defendant present) | | | | | | |
| | U.S. Probation: | PO Ronica Towns | | | | | | |
| | Interpreter: | n/a | | Language: | n/a | Certified: | n/a | Phone: n/a |

| TYPE OF PROCEEDING: | DETENTION | | REVOCATION | X | PRELIMINARY EXAMINATION | |
|---|---|---|---|---|---|---|
| | | | | Contested? No | Continued from a previous date? | No |

| | | |
|---|---|---|
| Moving party: | Government (Doc. 143 (sealed)) | |
| Nature of proceedings: | Ruling: | |
| Review of detention or conditions | | |
| Review of pre-trial release | | |
| Review of supervised release | X | Supervised release revoked; 18 months' imprisonment BOP. No supervised release to follow. |
| Preliminary examination | | |
| **Witness/Exhibit List is** | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| Miscellaneous: | Defendant does not contest violations 1-6 and 8-10, including all subparts. Those violations established. Government does not pursue violation 7 and is not established.<br><br>Defendant detained. Court recommends placement at FCI Tuscon. | |